1  KAREN P. HEWITT
   United States Attorney
2  SHIREEN M. BECKER
   Assistant United States Attorney
3  California State Bar No. 237930
   880 Front Street, Room 6293
4  San Diego, California 92101-8893
   Telephone: (619) 557-5610
5
6  Attorneys for Plaintiff
   United States of America

7
                    UNITED STATES DISTRICT COURT
8
                   SOUTHERN DISTRICT OF CALIFORNIA
9
10 UNITED STATES OF AMERICA,       )  Magistrate Case No. 08MJ2066-WMC
                                   )
11              Plaintiff,         )  Date:  n/a
                                   )  Time:  n/a
12      v.                         )
                                   )  ORDER GRANTING
13                                 )  UNITED STATES' UNOPPOSED
   MIGUEL RUMBO-BUSTOS,            )  MOTION TO REMOVE PREVIOUSLY
14                                 )  FILED BRIEF FROM DOCKET
                Defendant.         )
15 _____)

16      GOOD CAUSE APPEARING, the Court hereby GRANTS the unopposed motion by

17 plaintiff, the UNITED STATES OF AMERICA, to remove the Memorandum of Points and

18 Authorities Regarding the Propriety of Pretrial Release Condition Requiring Defendant to Legally

19 Remain in the United States, Docket Entry No. 4, from the docket. This Court has ordered

20 additional briefing by the United States, due on or before July 29, 2008, which will supplant the

21 previous briefing. For this reason, IT IS ORDERED that the previous brief filed by the United States

22 on July 11, 2008, Docket Entry No. 4, is to be removed from the Docket.

23

24 **IT IS SO ORDERED.**

25

26 DATED: July 17, 2008.                        _____
27                                              Hon. William McCurine, Jr.
                                                United States Magistrate Judge
28